■ In the Matter of MELANIE C., an Infant. MELISSA L., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [7 NYS3d 894]—Appeal from order, Family Court, New York County (Susan K. Knipps, J.), entered on or about June 23, 2014, which denied respondent's application pursuant to Family Court Act § 1028 for the return of the child, unanimously dismissed, without costs, as moot.

Respondent's appeal has been rendered moot by the subsequent fact-finding determination of neglect against her, made on or about February 23, 2015 (*see Matter of Josee Louise L.H. [DeCarla L.]*, 121 AD3d 492 [1st Dept 2014], *lv denied* 24 NY3d 913 [2015]; *Matter of Charnel T.*, 49 AD3d 427 [1st Dept 2008]). Concur—Gonzalez, P.J., Mazzarelli, DeGrasse and Kapnick, JJ.